TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00126-CV






Brian Edward Vodicka and Steven Benton Aubrey, Appellants


v.


Gregory H. Lahr a/k/a Greg Lahr, both Individually and d/b/a Capital Advantage;

Peter Barlin; Sandra Gunn; CFS Associates, Inc. d/b/a Creative Financial Solutions; Mitchell
D. Savrick; and Savrick Schumann Johnson McGarr Kaminski & Shirley, LLP, Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. D-1-GN-08-004312, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING





O R D E R


PER CURIAM

 Appellants have filed an unopposed motion to sever and dismiss their appeal against
appellees Mitchell D. Savrick and Savrick Schumann Johnson McGarr Kaminski & Shirley, LLP,
explaining that they have settled their dispute. We grant the motion and dismiss appellees Mitchell D.
Savrick and Savrick Schumann Johnson McGarr Kaminski & Shirley, LLP from the cause. The appeal
will continue, styled as Brian Edward Vodicka and Steven Benton Aubrey v. Gregory H. Lahr a/k/a
Greg Lahr, both Individually and d/b/a Capital Advantage; Peter Barlin; Sandra Gunn; and CFS
Associates, Inc. d/b/a Creative Financial Solutions.

 It is ordered May 17, 2012


Before Justices Puryear, Pemberton and Goodwin